UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PAUL SANTOS,                                NO. CIV. 2:12-1132 WBS GGH

        Plaintiff,

    v.                                      <u>ORDER OF RECUSAL</u>

TARGET CORPORATION,

        Defendant.
                             /

----oo0oo----

        Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in defendant Target Corporation.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        Any dates previously set in this case are hereby VACATED.

DATED: April 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1