Donald W. Ullrich, Jr.
Attorney at Law, Calif. SBN 118701
3574 D Street
P. O. Box 160007
Sacramento, California 95816
Telephone:   (916) 441-4554
Facsimile:   (916) 441-5465
e-mail: ullrichlawfirm@att.net

Attorney for: Paul Santos, plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL SANTOS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 2:12-1132-MCE-GGH<br><br>**ORDER OF DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(ii) and the joint stipulation and request of all parties that this action be dismissed with prejudice in its entirety as to all parties and all claims and causes of action (ECF No. 13),

IT IS HEREBY ORDERED that this action in its entirety, as to all parties and all claims and causes of action, be and is dismissed with prejudice, each side bearing their own fees and costs.

Dated:   February 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE